IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JG WENTWORTH, <br><br> Plaintiff, <br> vs. <br><br> TIMIKU LANDON, <br><br> Defendant. | No.9:18-CV-00219-ZJH |

## MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiff J.G. Wentworth Originations, LLC's "Application for Approval of Transfer of Structured Annuity Benefits" (the Application). *See* Doc. No. 6. After considering the Application and the arguments presented at the hearing held on February 25, 2019, the Court finds that Plaintiff's Application is **GRANTED**.

## BACKGROUND

On March 19, 1997, the District Court for the Beaumont Division of the Eastern District of Texas entered an Agreed Final Judgment in the case *L.B. Landon, individually and on behalf of the Estate of Marry Perry Landon, Deceased, and as next friend of T.L. and M.L. Minors v. Quest Pharmacies, Inc.*, Case No. 9:96-CV-241. In this Agreed Final Judgment, the Court granted Defendant Timiku Landon 154 monthly Life Contingent Payments of $960.00 each, beginning on January 1, 2036 and ending October 1, 2048 (the Transferred Payments). *See* Doc. 6-1.

## ANALYSIS

On February 25, 2019, the Court conducted a hearing on Plaintiff's Application. Both Ms. Landon and counsel for Plaintiff were in attendance. At the hearing, Plaintiff and Ms. Landon (collectively, the Parties) represented to the Court that all known, interested parties were

previously notified of the Application and no objections were raised.  Specifically, Plaintiff's counsel represented that a hearing regarding the Application was held on November 30, 2018, in the County Court at Law of Nacogdoches County Texas before Judge Jack Sinz.  Plaintiff's counsel affirmed that, prior to the November 30, 2018 hearing, notice was given to all interested parties of the requested transfer of funds, and no objections were raised.  Moreover, no persons or parties appeared at the February 25, 2019 hearing to state an objection to the transfer.

Based upon the Application, the Parties' representations regarding the prior hearing on November 30, 2018, the hearing before the Court on February 25, 2019, and the lack of objection from any interested party, the Court consents to the proposed transfer between Plaintiff and Ms. Landon.  Having heard the arguments presented on the record, the Court finds that Ms. Landon is fully advised of the current value of the assigned payments and the consequences of making them and that, now that she has reached the age of majority, she should be free to assign them as proposed.  Additionally, the Court consents to Plaintiff seeking approval of the proposed transfer pursuant to the Texas Structured Settlement Protection Act contained in Chapter 141 of the Texas Civil Practice and Remedies Code.

## **CONCLUSION**

For the foregoing reasons, J.G. Wentworth's "Application for Approval of Transfer of Structured Annuity Benefits" (Doc. No. 6) is **GRANTED**.

The Clerk shall **CLOSE** this civil action.  All costs shall be borne as agreed by the parties.

SIGNED this 28th day of March, 2019.

_____
Zack Hawthorn
United States Magistrate Judge